# United States Court of Appeals
## For the First Circuit

No. 02-1761

HAFFNER'S SERVICE STATIONS, INC.,

Petitioner, Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent, Appellee.

ERRATA

The opinion of this court issued March 31, 2003, should be amended as follows:

On page 12, footnote 2, line 3, insert before "(2002)" the phrase "corporation itself."  26 C.F.R. § 1.537-1(a)".